**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| JOSE MALDONADO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-17-RWS-JBB |
| | § | |
| SHERIFF, BOWIE COUNTY, | § | |
| | § | |
| Respondent. | § | |
| | § | |

**ORDER**

Petitioner Jose Maldonado, proceeding *pro se*, filed the above-styled and numbered petition for the writ of habeas corpus under 28 U.S.C. § 2254. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

The magistrate judge issued a report and recommendation on May 20, 2026, recommending that the application for the writ of habeas corpus be dismissed without prejudice for failure to exhaust state remedies and under the abstention doctrine as set out in *Younger v. Harris*, 401 U.S. 37, 44 (1971). Docket No. 15. On June 17, 2026, the Court granted Petitioner's Motion for Extension of Time to File Specific Written Objections (Docket No. 16), extending the deadline for Petitioner to respond to the report and recommendation for thirty (30) days from the date of receipt of the order. Docket No. 17. Petitioner acknowledged receipt of the June 17 Order on June 23, 2026. Docket No. 18. To date, no objections have been filed.

Because Petitioner has not filed any objections to the report and recommendation he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*,

858 F.3d 348, 352 (5th Cir. 2017). The Court reviewed the pleadings in this cause and the report and recommendation of the magistrate judge. After review, the Court determines that the report and recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation of the magistrate judge (Docket No. 15) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled application for the writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies and under the abstention doctrine as set out in *Younger*.

**So ORDERED and SIGNED this 10th day of September, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE